ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALEXANDRA PAPEZ-ESTAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY, an Unknown Entity; ROE INSURANCE ENTITIES, I through X, inclusive; ROE CLAIMS ADJUSTING ENTITIES, I through X, inclusive; DOE INSURANCE COMPANY EMPLOYEES, I through X; DOE INSURANCE ADJUSTERS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01945-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ALEXANDRA PAPEZ-ESTAY ("Plaintiff"), by and through her counsel, G. DALLAS HORTON & ASSOCIATES, and Defendant USAA GENERAL INDEMNITY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of

/ / /

/ / /

/ / /

150608820.1

action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this ___ day of January, 2025

G. DALLAS HORTON & ASSOCIATES

G. DALLAS HORTON
Nevada Bar No. 5996
DAVID L. THOMAS
Nevada Bar No. 3172
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

Dated this 8th day of January, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jennifer A. Taylor

ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant USAA General Indemnity Company*

## ORDER

IT IS SO ORDERED.

Dated this __8__ day of January, 2025.

Gloria M. Navarro
United States District Judge